**STATE v. CHAPMAN**

[366 N.C. 555 (2013)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | From Duplin County |
| | ) | |
| GREGORY R. CHAPMAN | ) | |

No. 104P12

## ORDER

The State's Petition for Writ of Certiorari is allowed for the limited purpose of remanding this case to the Court of Appeals to allow the State's Petition for Writ of Certiorari for consideration of the merits.

By order of the Court in Conference, this 7th day of March, 2013.

s/Jackson, J.
For the Court